# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 16, 2023

## NO. 03-21-00538-CV

**Alan W. Nalle, Sr., Appellant**

**v.**

**Eric Moreland, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the summary judgment signed by the trial court on August 3, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's summary judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.